# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBERT J. ABERCROMBIE, et al.,**

    **Plaintiffs,**

v.	Case No. 8:10-cv-589-T-30EAJ

**AIR RESCUE AIR CONDITIONING, INC.,**
**et al.,**

    **Defendants.**
_____/

## O R D E R

The Court has been advised via a Notice of Settlement (Dkt. #31) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 18, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-589.dismiss 31.wpd